IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CHARLES SCOTT | § § | |
| V. | § § | CIVIL ACTION NO. 6:08-CV-103 |
| DONNY MALONE | § § | |

## VERDICT FORM

QUESTION NO. 1:

Do you find Defendant Donny Malone used excessive force against Plaintiff Charles Scott?

Answer "Yes" or "No" __No__

QUESTION NO. 2:

Do you find Defendant Donny Malone committed an assault and/or battery against Plaintiff Charles Scott?

Answer "Yes" or "No" __Yes__

Answer Question No. 3 only if you answered "Yes" to Question No. 1 or Question No. 2. Otherwise, the jury foreperson should sign and date the Verdict Form and return it to the Security Officer.

QUESTION NO. 3:

Do you find that Defendant Donny Malone is entitled to the defense of qualified immunity?

Answer "Yes" or "No" __Yes__

Answer Question No. 4 only if you have answered "Yes" to Question No. 1 or Question No. 2, and answered "No" to Question No. 3. Otherwise, the jury foreperson should sign and date the Verdict Form and return it to the Security Officer.

QUESTION NO. 4:

What amount of money, if any, would compensate Plaintiff for damages caused by Defendant's violation of the law? Answer in dollars and cents, if any. Otherwise, answer "None". Answer as to the following elements:

Physical pain and suffering:   $_____

Mental pain and suffering:   $_____

Medical Expenses:   $_____

Physical impairment:   $_____

Disfigurement:   $_____

Signed this 4 day of March, 2009