**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CHARLES SCOTT** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:08-CV-103** |
| | § | |
| **DONNIE MALONE** | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and jury, the Honorable John D. Love, United States Magistrate Judge, presiding, and the issues having been duly tried, and the jury having duly rendered its verdict, it is **ORDERED** and **ADJUDGED** that the Plaintiff, Charles Scott, take nothing and that the complaint is **DISMISSED** with prejudice.

**So ORDERED and SIGNED this 6th day of March, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE